IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) Case No. 1:22-cv-03194 ) |
| v. | ) Judge Franklin U. Valderrama ) |
| RACHEL JAMES, JAMELLE D. JAMES, individually and as Independent Administrator of the ESTATE OF ROBERT L. JAMES, JR., ROBERT L. JAMES LLC, and ROBERT JAMES LLC, | ) Magistrate Judge Beth W. Jantz ) ) ) ) ) ) |
| Defendants. | ) |

**PRIMERICA LIFE INSURANCE COMPANY'S AGREED MOTION
FOR FINAL JUDGMENT ORDER IN INTERPLEADER**

Plaintiff Primerica Life Insurance Company ("Primerica"), by its attorneys, Julie F. Wall and Kaitlyn E. Luther of Chittenden, Murday & Novotny LLC, states as follows for its Agreed Motion for Final Judgment Order in Interpleader:

1. On June 17, 2022, Primerica filed its Complaint for Interpleader pursuant to Fed. R. Civ. P. 22 and 28 U.S.C. § 1332(a) and pursuant to 28 U.S.C. §§ 1335, 1397, and 2361 to resolve competing claims to the proceeds of a life insurance policy, designated Policy No. 0490816355, insuring the life of Robert L. James, Jr. (Doc. No. 1).

2. The Defendants to the Complaint for Interpleader were Rachel James and Jamelle James, individually and as Independent Administrator of the Estate of Robert L. James, Jr.

3. On July 13, 2022, the Court granted Primerica's motion to deposit its admitted liability under Policy No. 0490816355 with the Court. (ECF Doc. No. 11).

4. On July 20, 2022, Primerica deposited its admitted liability under Policy No. 0490816355 in the amount of $655,930.14, representing the death benefit under Policy No. 0490816355 plus accrued interest, into the Registry of this Court, subject to this Court's further order as to whom among the Defendants is entitled to receive those proceeds. *See* Notice of Electronic Filing attached hereto and incorporated herein as Exhibit 1.

5. On July 13, 2022, Primerica filed the Waiver of the Service of Summons it received from counsel for Jamelle James, individually and as Independent Administrator of the Estate of Robert L. James, Jr. (Doc. Nos. 12-13). On September 1, 2022 and September 2, 2022, counsel for Jamelle James, individually and as Independent Administrator of the Estate of Robert L. James, Jr., filed appearances. (Doc. Nos. 17, 20). On September 13, 2022, Jamelle James, individually and as Independent Administrator of the Estate of Robert L. James, Jr., filed his Answer to Complaint. (Doc. No. 21).

6. On August 27, 2022, Primerica served a copy of the Summons and Complaint for Interpleader on Rachel James via abode service. (Doc. No. 19).

7. On September 16, 2022, Primerica filed its Amended Complaint for Interpleader, with leave of Court, pursuant to Fed. R. Civ. P. 22 and 28 U.S.C. § 1332(a) and pursuant to 28 U.S.C. §§ 1335, 1397, and 2361 to resolve competing claims to the proceeds of two life insurance policies, designated Policy No. 0490816355 and Policy No. 0491474717, insuring the life of Robert L. James, Jr. (Doc. No. 25).

8. The Defendants to the Amended Complaint for Interpleader were Rachel James, Jamelle James, individually and as Independent Administrator of the Estate of Robert L. James, Jr., Robert L. James LLC, and Robert James LLC.

9. On October 18, 2022, Primerica deposited its admitted liability under Policy No. 0491474717 in the amount of $361,356.59, representing the death benefit under Policy No. 0491474717 plus accrued interest, into the Registry of this Court, subject to this Court's further order as to whom among the Defendants is entitled to receive those proceeds. *See* Notice of Electronic Filing attached hereto and incorporated herein as Exhibit 2.

10. On September 20, 2022, Primerica served a copy of the Summons and Amended Complaint for Interpleader on Robert L. James LLC by certified mail on the Illinois Secretary of State because it is a dissolved limited liability company. (Doc. No. 29).

11. On September 24, 2022, Primerica served a copy of the Amended Complaint for Interpleader and Motion to Deposit on Rachel James via abode service. (Doc. No. 30).

12. On November 7, 2022, Jamelle James, individually and as Independent Administrator of the Estate of Robert L. James, Jr., filed his Answer to the Amended Complaint for Interpleader. (Doc. No. 33).

13. On November 22, 2022, Primerica requested entry of default against Rachel James and Robert L. James LLC. (Doc. No. 34). On December 15, 2022, the Clerk of Court granted Primerica's Request for Entry of Default as to Rachel James and Robert L. James LLC. (Doc. No. 39).

14. On December 13, 2022, Primerica filed its Agreed Motion to Dismiss Robert James LLC Due to Disclaimer of Policy Rights. (Doc. No. 36). On December 15, 2022, the Court entered Primerica's Agreed Order Disclaiming Funds and Dismiss Robert James LLC with Prejudice. (Doc. No. 38).

15. On January 3, 2023, Primerica moved for default judgment against Rachel James and Robert L. James LLC. (Doc. No. 41). On April 6, 2023, the Court entered an Order for Default Judgment Against Defendants Rachel James and Robert L. James LLC. (Doc. Nos. 43-44, 46).

16. Defendant Jamelle James, individually and as Independent Administrator of the Estate of Robert L. James, Jr., is the only remaining claimant to the proceeds of Policy No. 0490816355 and Policy No. 0491474717.

17. Defendant Jamelle James, individually and as Independent Administrator of the Estate of Robert L. James, Jr., has agreed to the relief sought in this Agreed Motion for Final Judgment Order in Interpleader and that Primerica should be awarded $20,000.00, representing a portion of its actual court costs and attorneys' fees incurred in connection with prosecuting the Complaint for Interpleader and Amended Complaint for Interpleader, to be deducted from the amount deposited with the Court.

18. This Court has jurisdiction over the subject matter of this cause and over the parties.

19. This cause meets the jurisdictional requirements for an interpleader under Fed. R. Civ. P. 22 and 28 U.S.C. § 1332(a) and under to 28 U.S.C. §§ 1335, 1397, and 2361. The amount in controversy exceeds $75,000. Plaintiff and Defendants are of diverse citizenship and at least one of the Defendants was diverse from the other Defendants.

20. Primerica has done all that is required by law to perfect its interpleader action.

21. Primerica has a real and reasonable fear of multiple liability that is more than minimal. *See Aaron v. Mahl*, 550 F.3d 659, 663 (7th Cir. 2008). "Interpleader is an equitable procedure used when the stakeholder is in danger of exposure to double liability or the vexation of litigating conflicting claims." *Id.* (describing elements of an interpleader action under both Rule 22 and Section 1335) (citing *Indianapolis Colts v. Mayor and City Council of Baltimore*, 741 F.2d

4

954, 957 (7th Cir. 1984)). "Interpleader is justified only when the stakeholder has a real and reasonable fear of double liability or conflicting claims." *Id.* In its Complaint for Interpleader and Amended Complaint for Interpleader, Primerica alleged that Robert L. James, Jr.'s manner of death was homicide and that Rachel James was indicted for eight counts of first degree murder in connection with his death. Primerica also alleged that the potential exists that Illinois law could bar payment of the proceeds of Policy No. 0490816355 and Policy No. 0491474717 to Rachel James and set forth the other claimants' potential claims to the proceeds of these policies.

22. Primerica has properly served a copy of this Agreed Motion for Final Judgment Order in Interpleader on Jamelle James, individually and as Independent Administrator of the Estate of Robert L. James, Jr.

23. Primerica submits its proposed Agreed Final Judgment Order in Interpleader to the Court pursuant to and in accordance with this Court's case management procedures and any applicable local rules.

**WHEREFORE,** Primerica Life Insurance Company prays this Honorable Court enter an order or orders granting it the following relief:

A. Enjoining Defendants Jamelle James, individually and as Independent Administrator of the Estate of Robert L. James, Jr., and the Estate of Robert L. James, Jr., during the pendency of this case and thereafter permanently and perpetually, from commencing or prosecuting any proceeding or claim against Primerica Life Insurance Company and/or its agents in any state or federal court or other forum with respect to proceeds payable under the terms of Policy No. 0490816355, and on account of the death of Robert L. James, Jr., the insured, and that said injunction issue without bond or surety;

B. Enjoining Defendants Jamelle James, individually and as Independent Administrator of the Estate of Robert L. James, Jr., and the Estate of Robert L. James, Jr., during the pendency of this case and thereafter permanently and perpetually, from commencing or prosecuting any proceeding or claim against Primerica Life Insurance Company and/or its agents in any state or federal court or other forum with respect to proceeds payable under the terms of Policy No. 0491474717, and on account of the death of Robert L. James, Jr., the insured, and that said injunction issue without bond or surety;

C. Granting judgment to Primerica Life Insurance Company with the finding that it has no further liability to Defendants Jamelle James, individually and as Independent Administrator of the Estate of Robert L. James, Jr., and the Estate of Robert L. James, Jr., or to any person or entity claiming through them, for the death benefit payable under the terms of Policy No. 0490816355, and on account of the death of Robert L. James, Jr.;

D. Granting judgment to Primerica Life Insurance Company with the finding that it has no further liability to Defendants Jamelle James, individually and as Independent Administrator of the Estate of Robert L. James, Jr., and the Estate of Robert L. James, Jr., or any person or entity claiming through them, for the death benefit payable under the terms of Policy No. 0491474717, and on account of the death of Robert L. James, Jr.;

E. Entering an Order finding that Primerica Life Insurance Company has acted in good faith by interpleading the proceeds of Policy No. 0490816355 and Policy No. 0491474717 and its admitted liability with the Clerk of the Court;

F. Entering judgment in favor of Primerica Life Insurance Company, and against Defendants Jamelle James, individually and as Independent Administrator of the Estate of Robert L. James, Jr., and the Estate of Robert L. James, Jr., or any person or entity claiming through them, on its Amended Complaint for Interpleader with an express finding of finality pursuant to Fed. R. Civ. P. 54(b);

G. Excusing Primerica Life Insurance Company from further attendance in this cause and dismissing it from this case with prejudice with an express finding under Fed. R. Civ. P. 54(b) that there is no just reason for delaying either enforcement or appeal of the interpleader judgment;

H. Ordering the Clerk to disburse $20,000.00 via a check made payable to Primerica Life Insurance Company, which shall be mailed to Julie F. Wall, Chittenden, Murday, & Novotny LLC, 303 W. Madison, Suite 2400, Chicago, Illinois 60606; and

I. Granting Primerica Life Insurance Company such further and other relief as this Court deems just and appropriate.

Dated: **April 21, 2023.**         Respectfully submitted,

CHITTENDEN, MURDAY & NOVOTNY, LLC.

By: /s/ Kaitlyn E. Luther

One of the Attorneys for Plaintiff
Primerica Life Insurance Company

Julie F. Wall (jwall@cmn-law.com)
Kaitlyn E. Luther (kluther@cmn-law.com)
CHITTENDEN, MURDAY & NOVOTNY LLC
303 W. Madison Street, Suite 2400
Chicago, IL 60606
(312) 281-3600
(312) 281-3678 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that on **April 21, 2023**, I electronically filed a copy of the foregoing **Primerica Life Insurance Company's Agreed Motion for Final Judgment Order in Interpleader**, and documents described therein, with the Clerk of the Court for the Northern District of Illinois, Eastern Division, using the Court's CM/ECF system, which sent notification of such filing to the following registered CM/ECF participants:

Robert J. Zapolis
Zapolis & Associates, P.C.
9991 91st St.
Mokena, IL 60448
708-478-5050
robert@zapolislaw.com

                                            /s/ Kaitlyn E. Luther
                                            Kaitlyn E. Luther
                                            CHITTENDEN, MURDAY & NOVOTNY LLC
                                            303 W. Madison Street, Suite 2400
                                            Chicago, IL 60606
                                            (312) 281-3600
                                            (312) 281-3678 (fax)
                                            kluther@cmn-law.com